# Defense Exhibit 1

**From:** Harrington, Jennifer (USAFLM) <Jennifer.Harrington2@usdoj.gov>
**Sent:** Friday, April 30, 2021 12:54 PM
**To:** Kessler, Nils (USAMIW) <Nils.Kessler@usdoj.gov>; Murphy, Sean (USAPR) <Sean.Murphy@usdoj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) (JMD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <Christopher.OConnor@usdoj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Gable, Karen (USAFLM) <Karen.Gable@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Munafo
**Attach:** 9_ORDER of Removal.pdf

Hi all,

Munafo had his IA this morning on the DC Indictment. The court entered an order of removal ordering that he first be removed to Michigan, and then to DC. (See attached).

Please let me know if you have any questions.

v/r,

Jen

Jennifer M. Harrington
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel:  (407) 648-7651
Fax: (407) 648-7643
Jennifer.Harrington2@usdoj.gov

**From:** Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>
**Sent:** Wednesday, April 28, 2021 2:19 PM
**To:** Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Gable, Karen (USAFLM) <KGable@usa.doj.gov>
**Subject:** RE: Munafo

The Newaygo County Jail can do Zoom and Polycom. Happy to coordinate with you on the warrant.

**From:** Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>
**Sent:** Wednesday, April 28, 2021 2:16 PM
**To:** Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Gable, Karen (USAFLM) <KGable@usa.doj.gov>

**Subject:** RE: Munafo

Hey Nils,

After speaking with my supervisors, we're actually going to defer first prosecution to you. I would like to coordinate with you to get a SW for the phone that was recovered at the time of his arrest.

Do you know if the federal detention facility has VTC capability? We'll likely need to do a VTC arraignment on the DC indictment once he arrives in Michigan.


SPM

---

**From:** Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>
**Sent:** Wednesday, April 28, 2021 2:13 PM
**To:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Gable, Karen (USAFLM) <KGable@usa.doj.gov>
**Subject:** RE: Munafo

Do you guys need for us (WDMI) to talk to your Marshals, etc., to make sure they know DC has priority? Much better if he's just transported straight to DC, without what (in my recent experience) could be a *very* long detour, given COVID restrictions.


**From:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>
**Sent:** Wednesday, April 28, 2021 12:49 PM
**To:** Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Gable, Karen (USAFLM) <KGable@usa.doj.gov>
**Subject:** RE: Munafo

Hi Sean,

Please send over a copy of the indictment at your earliest convenience so I can request the court cancel the PH. He likely will not have any additional hearing here in the MDFL (unless they file a motion for a detention hearing – which he reserved on).

v/r,

Jen

Jennifer M. Harrington
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel: (407) 648-7651
Fax: (407) 648-7643

Jennifer.Harrington2@usdoj.gov

**From:** Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>
**Sent:** Wednesday, April 28, 2021 11:32 AM
**To:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Gable, Karen (USAFLM) <KGable@usa.doj.gov>
**Subject:** RE: Munafo

Yes, that is correct.

If there is a cellphone or any other item of potential evidentiary value that was recovered from him at the time of his arrest, please let me know so that I can obtain a search warrant. Also, are there any local PD reports detailing the circumstances of his apprehension and arrest in Edgewater? If so, will you please forward them to SA Bauknight and myself?

The case is being presented to the Grand Jury as we speak. I will update once a true bill is obtained.

Jen, once an indictment is filed in DC, what are you going to do with your PH scheduled for Friday? File a motion to vacate, I imagine? If that happens, does he have anything else to do in WDFL on the DC case? I.e. Rule 5, Detention Hearing, etc.?


SPM

**From:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>
**Sent:** Wednesday, April 28, 2021 11:26 AM
**To:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** RE: Munafo

He will be going to Michigan.

Jennifer M. Harrington
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel: (407) 648-7651
Fax: (407) 648-7643
Jennifer.Harrington2@usdoj.gov

**From:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>
**Sent:** Wednesday, April 28, 2021 11:24 AM
**To:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>

**Cc:** O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** Re: Munafo

Do we have an update on Munafo status in regards to DC charges and where he is going to go?  The reason I am asking is that there is a bag of personal items that were taken when he was picked up (not evidence) and the FBI office in Florida is wondering where to send as they cant give it to the marshal's.  If he is going to DC first then those items would most likely go there but I havent heard current status since last friday.

Rich

---

**From:** Harrington, Jennifer (USAFLM) <Jennifer.Harrington2@usdoj.gov>
**Sent:** Saturday, April 24, 2021 10:11 PM
**To:** Murphy, Sean (USAPR) <Sean.Murphy@usdoj.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Campbell, Kathleen (NSD) (JMD) <Kathleen.Campbell@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>
**Cc:** O'Connor, Chris (USAMIW) <Christopher.OConnor@usdoj.gov>; Kessler, Nils (USAMIW) <Nils.Kessler@usdoj.gov>; Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: Munafo

Hi there,

Any update on who will be testifying on Monday? If it will be a local agent, they will need to review the case materials beyond what is contained in the complaint and have an in-depth conversation with the case agent.

- Jen

Sent from my iPhone

> On Apr 23, 2021, at 5:59 PM, Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov> wrote:
>
> Update:
>
> USMS tells me that so long as the warrant is active, they have to bring him in on Monday for his IA. Sean, can you please let me know who from the FBI will be testifying in the event he wants a PE?
>
> I think the only remaining issue to work out now, is where he will be removed to. If it's MI, there's no need to start the clock on the DC complaint but the only way to NOT have an IA is to rescind the warrant before he's served with it on Monday. I will leave that to DC to decide how they want to proceed on their complaint, and to DC and MI to decide who takes priority.
>
> Please let me know so I can prepare with whatever agent will be present for the hearing.
>
> v/r,
>
> Jen
>
> Jennifer M. Harrington
> Assistant United States Attorney
> U.S. Attorney's Office

Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel: (407) 648-7651
Fax: (407) 648-7643
Jennifer.Harrington2@usdoj.gov

**From:** Harrington, Jennifer (USAFLM)
**Sent:** Friday, April 23, 2021 5:10 PM
**To:** Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>;
Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>
**Cc:** Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Schumacher, Scott (WF) (FBI)
<stschumacher@fbi.gov>; O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Trask, Richard J. II (DE)
(FBI) <rjtrask@fbi.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** RE: Munafo

Hi everyone,

It was mentioned that I believed a complaint was either issued or being issued out of another district but I
did not have the paperwork so he hasn't been seen or "arrested" on the new complaint. The judge
entered an order of removal to Michigan.

I will reach out to the marshals and see how long they expect it to take for him to be transported to
Michigan, but given the delay in his presentment on the Michigan complaint, I don't think our court would
be amenable to rescinding that order of removal and sending him to DC without some type of order from
the Michigan court indicating that the latter complaint gets priority.

So realistically, I see two options:

1) he can go to MI, have his IA on the DC complaint there, and let the judge decide whether or not he's
going to be removed to DC or stay and answer the MI charge; OR

2) if MI thinks they can get some type of order from their court (before he is transported) indicating the
DC complaint takes priority, he can be brought back here for an IA on the DC complaint and, with the MI
order in hand, we can request the judge rescind the removal order to MI and issue one to DC. We certainly
can't delay his transport to MI though to try to get that order.

And because he's now legally in custody on the MI complaint, I don't see a need for him to have an IA on
the DC complaint, only to continue to be sent on to MI (and frankly I don't see that going over well with
our judge since that will just further delay his transport to MI). Please let me know how you all would
prefer to proceed.

I spoke with Sean about this and he is working his way up the chain with regard to DC's desires. I would
like to get on the phone with Nils and Sean to discuss how you all want to work this out between you.

I have also reached out to the marshals to determine whether they are required to serve him with the new
warrant.

Feel free to call my cell. 407-488-2711.

v/r,

Jen

Jennifer M. Harrington
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel:  (407) 648-7651
Fax: (407) 648-7643
Jennifer.Harrington2@usdoj.gov


Jennifer M. Harrington
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel:  (407) 648-7651
Fax: (407) 648-7643
Jennifer.Harrington2@usdoj.gov


**From:** Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>
**Sent:** Friday, April 23, 2021 4:54 PM
**To:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>
**Cc:** Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>
**Subject:** RE: Munafo

That would be correct – in the absence of some further action to get him an IA on the Capitol charges, USMS would be sending him to Grand Rapids.
We are, of course, willing to proceed against him here if that's how it goes. Also willing to get out of the way for DC if that's the call.
Rich and I will be busy on Mon & Tues. with grand jury, but will try to call back as soon as  possible if you need us.
Nils


**From:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>
**Sent:** Friday, April 23, 2021 4:49 PM
**To:** Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>
**Cc:** Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>
**Subject:** Re: Munafo

Based on today's outcome and him detained, I assume based on our previous discussion we are looking to get him to DC first. From a legal standpoint, I assume we need to get the AUSA in Orlando the complaint from DC and he needs to have an IA for that. Is that correct?

I want to make sure whatever needs to be done happend before the marshals ship him up to Michigan. I know the judge was not happy with the previous delays.

Rich

-

On Apr 22, 2021 9:04 PM, "Brown, David C. (JK) (FBI)" <dcbrown@fbi.gov> wrote:
Doubtful at this point that I will have an opportunity to listen to much audio if its voluminous, just fyi. If short, i can handle. I am reviewing the documentation you forwarded plus the documentation I printed out from the case file in Sentinel. Your summary will be helpful tho.

We will pickup around 9, arrive in Orlando by 1030, and begin processing with USMS. My experience after doing this for 22 years is that the initial will be around 2:00 pm to 2:30 pm or so, depending on the Judge involved.

I will watch for your summary.

Dave

-

On Apr 22, 2021 8:38 PM, "Trask, Richard J. II (DE) (FBI)" <rjtrask@fbi.gov> wrote:
Dave

I've sent you the stuff covering everything. I'll type out something to explain all the stuff we've covered through our conversations.

I'll pull audio this evening and send it. There is really one audio piece referenced in the complaint and I can pull and send so you can hear it.

I spoke with my AUSA and we are good with me not traveling.

I'll have everything to you here in a bit just covering everything we have already discussed.

Rich

-

On Apr 22, 2021 7:36 PM, "Brown, David C. (JK) (FBI)" <dcbrown@fbi.gov> wrote:
The appearance would not be til mid afternoon most likely.

Jen, your thoughts?

Dave

-

On Apr 22, 2021 7:32 PM, "Trask, Richard J. II (DE) (FBI)" <rjtrask@fbi.gov> wrote:
So the options as it stands, the earliest commercial flight I could get out in the morning would put

me into Orlando about 1030-11am.  Id have to get approval because its about 800 roundtrip.  In the meantime, I have sent David Brown the info on the case and will discuss any questions he or whomever is going to potentially testify there just in case.

As for what happens, I think that needs to be a decision above my pay grade if I need to be there or if we are good with me passing on the case info to Dave and having him take care of it. Additionally, this is all dependent on when he is going to have his hearing as well.

So just let Dave and I know what needs to happen and we can make that happen.

Rich

---

**From:** Murphy, Sean (USAPR) <Sean.Murphy@usdoj.gov>
**Sent:** Thursday, April 22, 2021 7:13 PM
**To:** Harrington, Jennifer (USAFLM) <Jennifer.Harrington2@usdoj.gov>
**Cc:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Kessler, Nils (USAMIW) <Nils.Kessler@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; Campbell, Kathleen (NSD) (JMD) <Kathleen.Campbell@usdoj.gov>; O'Connor, Chris (USAMIW) <Christopher.OConnor@usdoj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>; Bauknight, Michael Wesley (WF) (FBI) <mwbauknight@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Munafo

For what it's worth, I would recommend SA Trask connecting with an agent from the Middle District of Florida as soon as possible and to conduct a robust discussion regarding the facts and circumstances of the Michigan arrest warrant. Some judges don't like it, but legally an "informed by" witness would suffice so long as you and the witness are able to establish a proper basis of reliability of the testimony.

Here's an excerpt from DOJBook:

> It is reasonably well settled that the Confrontation Clause does not apply to preliminary hearings. See, e.g., Peterson v. California, 604 F.3d 1166, 1170 (9th Cir. 2010) (reviewing Crawford and "conclud[ing] that the admission of hearsay statements at a preliminary hearing does not violate the Confrontation Clause"); Gresham v. Edwards, 281 Ga. 881, 883, 644 S.E.2d 122, 124 (2007) ("There being no indication in Crawford of a change from the [U.S. Supreme] Court's previous statements that the right of confrontation is a trial right, we join the several States which have addressed this issue in their conclusion that the holding in Crawford is not applicable to preliminary hearings."). One court
>
> > note[d] that both the Fifth and Seventh Circuits have held that there is no right to confront witnesses at a preliminary hearing before being required to stand trial. See United States v. Andrus, 775 F.2d 825, 836 (7th Cir. 1985) ("[T]he sixth amendment does not provide a confrontation right at a preliminary hearing."); United States v. Harris, 458 F.2d 670, 677B78 (5th Cir.1972) ("There is no Sixth Amendment requirement that [defendants] also be allowed to confront [the witness] at a preliminary hearing prior to trial."). The Andrus court reasoned that the Sixth Amendment does not provide a right to confrontation at a preliminary hearing because "[t]he right to confrontation applies when the ability to confront witnesses is most important&DASH;when the trier of fact determines the ultimate issue of fact." 775 F.2d at 836.
>
> United States v. Hernandez, 778 F.Supp.2d 1211, 1224-25 (D.N.M. 2011).
>
> (Like the Confrontation Clause, the FRE do not apply to preliminary hearings. Fed. R. Evid. 1101(d)

(3) (FRE inapplicable to "miscellaneous proceedings such as ... a preliminary examination in a criminal case.").)

It may be a longshot, but it's better than this guy getting released. Given his past, we may never see him again. I mean, reading through the 24 pages of the **CCSO 21-000069**, reading through the Complaint and Affidavit in support thereof, and a having conversation with SA Trask should give an FBI witness an acceptable basis of knowledge to testify in a PH.

I'm hopeful that we are able to get the DC Complaint sworn out tomorrow, and will keep you updated as it goes before the Judge. He's currently listed as one of the FBI's Capitol Violence most wanted. https://www.youtube.com/watch?v=0DwRmcHl7vY (BOLO # 170 – AFO)

Worst case scenario, isn't there still a warrant outstanding for the September 2020 threat to shoot another driver in Salisbury, NY? Is NY willing to extradite?

Please let me know if you think anything is going to happen that results in MUNAFO being released.

Respectfully,

<image001.jpg>            **Sean P. Murphy**
                         Assistant United States Attorney
                         Detailee, Capitol Riot Prosecutions

**From:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>
**Sent:** Thursday, April 22, 2021 6:43 PM
**To:** Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>
**Cc:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** Re: Munafo

Hi Sean,

Yes, our court is doing in-person hearings. I am not optimistic at the prospect of testimony via VTC. Even if I ask, if it's denied, it will be too late, so someone needs to be physically present and ready to go.

V/r,

Jen

Sent from my iPhone

On Apr 22, 2021, at 6:39 PM, Murphy, Sean (USAPR) <SMurphy@usa.doj.gov> wrote:

Is your Court doing all in-person hearings? Even if so, is there any possibility SA Trask could

testify via VTC?

<image002.jpg>      **Sean P. Murphy**
Assistant United States Attorney
Detailee, Capitol Riot Prosecutions

District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, PR 00918

787-221-6077 (mobile)
787-282-1857 (direct line)

**From:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>
**Sent:** Thursday, April 22, 2021 6:16 PM
**To:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>; Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>
**Cc:** Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** Re: Munafo

Jennifer,

I just spoke with Dave on this and am sending the information to him regarding our investigation.  Unless his appearance is later in the day, I dont believe I would be able to make it down there in time to testify.

I want to apologize for the delay on finding out his status.  Im not sure where the mixup happened but I get its not a great situation and looks bad with him just sitting there.  Please let me know if you have an idea on when his hearing will be and if possible I can try to make it down.  If not, Ill work with Dave to make sure someone is up to speed as much as possible on whats going on with the case.

Rich

---

**From:** Harrington, Jennifer (USAFLM) <Jennifer.Harrington2@usdoj.gov>
**Sent:** Thursday, April 22, 2021 6:01 PM
**To:** Kessler, Nils (USAMIW) <Nils.Kessler@usdoj.gov>
**Cc:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Murphy, Sean (USAPR) <Sean.Murphy@usdoj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; Campbell, Kathleen (NSD) (JMD) <Kathleen.Campbell@usdoj.gov>; O'Connor, Chris (USAMIW) <Christopher.OConnor@usdoj.gov>; Brown, David C. (JK) (FBI) <dcbrown@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Munafo

Hi Nils,

These need to be unsealed by your judge before his IA tomorrow morning. Please let me know ASAP when this will be accomplished.

Also, given that he's been in custody for over a week without an IA, I will not be able to request a continuance should he want a preliminary hearing, which he's entitled to. I will need an agent to testify to the facts of your complaint in order to establish probable cause. Please let me know who will be testifying to these matters.

v/r,

Jen

Jennifer M. Harrington
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Florida
400 W. Washington St., Ste. 3100
Orlando, FL 32801
Tel: (407) 648-7651
Fax: (407) 648-7643
Jennifer.Harrington2@usdoj.gov

---

**From:** Kessler, Nils (USAMIW) <NKessler@usa.doj.gov>
**Sent:** Thursday, April 22, 2021 5:36 PM
**To:** Harrington, Jennifer (USAFLM) <JHarrington@usa.doj.gov>
**Cc:** Trask, Richard J. II (DE) (FBI) <rjtrask@fbi.gov>; Murphy, Sean (USAPR) <SMurphy@usa.doj.gov>; Schumacher, Scott (WF) (FBI) <stschumacher@fbi.gov>; Campbell, Kathleen (NSD) <Kathleen.Campbell@usdoj.gov>; O'Connor, Chris (USAMIW) <COconnor2@usa.doj.gov>
**Subject:** Munafo

Hi Jen – Here are the Munafo materials for your hearing tomorrow. They aren't court stamped b/c they're still technically under seal. (Our district normally unseals at the first appearance).

I've also attached a few other items for your use in detention:
- Calhoun County Sheriff's Office incident report underlying our charge
- News story about him threatening to shoot someone at a rest stop in Massachusetts
- Your FBI agent should able to testify (through hearsay) that he was also released on bond for an assault in California just hours before our complaint & arrest warrant went into NCIC.
- USAO DC is working on a complaint right now to charge him with assaulting a Capitol Police officer on 1/6. AUSA Sean Murphy (copied above) is your POC for that. Photo attached.

Don't hesitate to call if you need anything tonight or tomorrow –
Nils

Nils R. Kessler, Assistant U.S. Attorney  |  United States Attorney's Office, Western District of Michigan  |  P.O. Box 208, Grand Rapids, MI 49501  |  Tel: (616) 808-2032  |  Mobile: (616) 250-9398  |  Fax: (616) 732-2776